CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/13/2026
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
LYNCHBURG DIVISION

LUZANGELA ROJAS MOGOLLON,

*Petitioner*,

v.

MARKWAYNE MULLIN, U.S. SECRETARY OF HOMELAND SECURITY; JOSEPH B. EDLOW, DIRECTOR OF THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

*Respondents*.

CASE NO. 6:26-CV-00065

**ORDER**

JUDGE NORMAN K. MOON

Plaintiff has exercised her right to voluntarily dismiss this action before Defendants file an answer or a motion for summary judgment. *See* Dkt. 12; Fed. R. Civ. P. 41(a)(1)(A)(i). Because there is no longer a live controversy, this case is **DISMISSED** without prejudice, all pending motions are **DENIED AS MOOT**, and all hearings and deadlines are **VACATED**.

The Clerk is directed to strike this case from the active docket.

**It is so ordered.**

Entered this 13th day of November, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE